COHEN & MANN *v.* UNITED STATES

**No. 4878.**—Invoices dated Gablonz, Czechoslovakia, August 6, 1938, etc.
 Certified August 9, 1938, etc.
 Entered at New York August 18, 1938, etc.
 Entry Nos. 720114, 760033, 728433, 829185.

(Decided April 18, 1940)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiffs.
*Webster J. Oliver,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

BROWN, Judge: The articles before the court in this case consist of certain glass marmalade sets manufactured and sold by the Joseph Riedel Glass Works of Czechoslovakia to the plaintiffs. The merchandise was invoiced and entered at 4.90 Czech crowns each, less 2 per centum, packing extra, for the initial importation.

The manufacturer also charged the plaintiffs for the cost of the mold. The merchandise was appraised at 8 crowns per set which equals 96 crowns per dozen sets, less 2 per centum, plus packing.

The record shows that this type of article was not sold for home consumption in Czechoslovakia. It is, therefore, to be appraised on the basis of export value.

The sales of this or similar articles to wholesalers in America ranging from about 5.50 crowns each to 6 crowns each seem to be in greater quantity than sales to retailers at a higher figure.

A dutiable export value of 6 crowns per set less 2 per centum plus packing is therefore found. The discount and the amount of the packing do not seem to be disputed.

Judgment will issue accordingly.